IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JONATHAN SMITH, et al.,          *
                                 *
        Plaintiffs,              *
                                 *
    v.                           *       CV 208-020
                                 *
GEORGIA ENERGY USA, LLC,         *
et al.,                          *
                                 *
        Defendants.              *

**O R D E R**

On October 8, 2014, this Court held a telephonic status conference to address an emergency motion filed by Class Counsel that raised (1) issues it encountered in resolving the conflict of interest that was the subject of Defendants' Motion to Disqualify (Doc. 226) and the Court's September 23, 2014 Order (Doc. 240), and (2) consequential issues Class Counsel met in complying with a second order the Court issued on September 23, 2014 (Doc. 239) that directed Class Counsel to issue notice to the class. (Doc. 243.)

Based upon the discussions at the hearing, the Court hereby **STAYS** the class notice mandate and deadlines outlined in its September 23, 2014 Order (Doc. 239) until the Court rules on

1

Defendants Tammy Cisco Walker and Aletha Cisco Shave's Motion for Summary Judgment (Doc. 190).

Class Counsel also represented to the Court in its emergency motion and during the hearing that it wishes to withdraw its opposition to Defendants' Motion to Disqualify (Doc. 226). As the motion is now unopposed and Class Counsel's conflict of interest remains unresolved, the Court **GRANTS** Defendant's Motion to Disqualify (Doc. 226) and hereby **DISQUALIFIES** Savage, Turner & Pinckney from continuing to serve as Class Counsel in this case.

**ORDER ENTERED** at Augusta, Georgia this ___ day of October, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA