IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JONATHAN SMITH, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 208-020 |
| GEORGIA ENERGY USA, LLC, et al., | * | |
| Defendants. | * | |

**O R D E R**

On November 4, 2014, this Court granted summary judgment in favor of Althea Cisco Shave and Tammy Cisco Walker, thereby discharging them from liability. (Doc. 246.) The Court now **DIRECTS** the **CLERK** to **TERMINATE** Aletha Cisco Shave and Tammy Cisco Walker as defendants in this action and all deadlines and motions pertaining to them.

**ORDER ENTERED** at Augusta, Georgia this 4th day of December, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA