IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JONATHAN SMITH, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CV 208-020 |
| GEORGIA ENERGY USA, LLC, et al., | * | |
| Defendants. | * | |

**O R D E R**

Now before the Court is Plaintiffs' unopposed Motion to Dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 251.) For good cause shown, the Court **GRANTS** the motion and **DISMISSES WITHOUT PREJUDICE** all of Plaintiffs' claims. The Clerk **SHALL TERMINATE** all motions and deadlines and **CLOSE** this case. Each party will bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 17th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA